FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983.
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED

2005 JAN 10 P 2:30

Ricky Lamar Hogan.
GDC-65335, EF-174003.
Georgia State Prison (GSP).
Reidsville, Georgia.
(Enter above full name of plaintiff or plaintiffs)

v.

Meadows Regional Medical Center.,
Incorp., Medical Chief of Staff., —
Medical Board of Directors., And
Doctor Joseph P. Gyles., "Et. Al."
(Enter above full name of defendant or defendants)

Libel Condemnation and
Forfeiture Proceedings:

Civil Action File.

No. _____.

CV605-03

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?       Yes **X**   No ____

if your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: Ricky Lamar Hogan., GDC-65335.,

   Defendants: Meadows Regional Medical Center, "Et.Al."

2. Court (if federal court, name the district; if state court, name the county):

   Southern District of Georgia. (Statesboro).

3. Docket number: CV-604-074.

4. Name of judge assigned to case: Hon. Avant Edenfield.

2

## COMPLAINT FOR CONDEMNATION

(1).

Comes now Ricky Lamar, HOGAN, plaintiffs in the aboved/title action, pursuant to both, federal Rules of Civil Procedures, and OCGA§ 16-13-49., (PRO. SE), and files this, His Civil action federal Complaint for Libel, Condemnation and forfeiture. against that of Meadows Regional Medical Center, incorp., Medical Chief of Staff., Medical Board of Directors., and Doctor Joseph P. Giles., et. al., And respectfully shows this honorable court the full following facts:

(2).

This federal civil action, is brought fully pursuant to that of the federal libel, condemnation and forfeiture procedure(s), and that of OCGA§ 16-13-49, et, seq.
To condemn that of an illegally/medically implanted (minix)- electronic device., etc.,

(3).

The item(s) sought to be condemned were illegally/medically implanted inside of this named plaintiffs, physical (Human) - internal body, on March 13th, 2003., At Meadows Regional Medical Center, incorp., in Toombs County, Georgia., State of Georgia., -

Jurisdiction and venue of this action are in this Court. And this action is brought within the legal periods of the statutes of limitations.

(4).

The said item(s) before such medical human implantment, was in the physical possession of the defendants and their agents, i.e., Meadows Regional Medical Center, incorp., and Doctor, Joseph P. Giles., et. al., And,

said item(s) are used, and has been used by the defendants and their agents, against this named plaintiffs, not only for illegal/civil Human Rights violations., illegal Human experimental testing., but; Also to directly facilitate clear, highly illegal crimes, acts and violations of attempted Murder and (espeonage). Through such usage's of said items, i.e, (HIGH-TECH-ELECTRONIC-MINI-MICRO-CHIP-DEVICE). And,

As setforth above, and as governed by state and federally-Mandated laws, are subject to condemnation.

(5).

Said item(s) are now, in the physical custody of this named plaintiffs, and has been since March, 2003.

(6).

WHEREFORE, the plaintiffs, Respectfully Prays:

A). That this complaint be considered and allowed filed.

B). That process issue and service thereof be ordered.

C). That the said setems be legally condemned, and all titles, blueprints, designes, etc, be immediatedly be vested in the plaintiffs, and all rights too full ownership:

D). That plaintiffs have such other and further Relief, as this court deems proper in the premises:

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   "Dismissed /without prejudice". September 15, 2004

6. Approximate date of filing lawsuit: June 2004

7. Approximate date of disposition: September 15th, 2004

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                   Yes _____ No _X_

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _X_ No_____

   If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiffs: Ricky Jamail Hogan, GDC-65335.

      Defendants: W.S.B. TV /4AL.- AM RADIO, INCORP.

   2. Court (name the district):
      Fulton County Superior Court (Atlanta, GA).

   3. Docket number: 2004-CV-84107.

   4. Name of judge assigned to case: Hon. Dempsey.

   5. Disposition
      (for example, was the case dismissed? appealed? is it still pending?):
      ("Still Actually Pending")

   6. Approximate date of filing lawsuit: March 26th, 2004.

2

7. Approximate date of disposition: ("Still Actually Pending")

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees? Yes **X** No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes_____ No_____

1. If your answer to C is yes, name the court and docket number for each case:

   HOGAN VS. GA. STATE PRISON,     CV-699-65.
   HOGAN VS.  "    "     "         CV-601-72.
   HOGAN VS. DUPREE, ET AL         CV-603-57.

II. Place of present confinement: Georgia State Prison, Reidsville, GA.

A. Is there a prisoner grievance procedure in this institution? Yes **X** No_____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes_____ No **X**

C. If your answer to B is yes:
   1. What steps did you take? Prohibited under state law.

   2. What was the result? _____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes____ No _X_

If yes, what was the result? _____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: STATE - LAW PROHYBYT(s) SUCH UNDER STATE GRYEVANCE PROCEDURE. CONTACTED DEFENDANTS BY VERBATIM LETTERS.

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Ricky Lamar HoGAN, CDC-65335.
   Address: GEORGIA STATE PRISON (GSP),
   2164 GEORGIA HWY. 147,
   Reidsville, GA. 30499.

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: MEADOWS REGIONAL MEDICAL CENTER, INCORP,
   Position: ET. AL.,
   Place of employment: _____
   Current Address: MAPLE DRIVE,
   VIDALIA, GEORGIA.

C. Additional defendants: DOCTOR JOSEPH P. CYLES, ET. AL.,
   MEADOWS REGIONAL MEDICAL CHIEF of STAFF, ET. AL.,
   MEADOWS REGIONAL MEDICAL BOARD of DIRECTORS, ET. AL.

4

V.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE-ATTACHED-SHEETS.

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEE-ATTACHED-SHEETS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of Jan, 2005.

Prisoner No. 65335.

(Signature of Plaintiff)

Ricky LAMAR HoGAN: CDC-65335./
E#-174003: